# United States Court of Appeals
## For the First Circuit

No. 22-1465

BARBARA MICHEL; KARINE G. PIERRE BOUCICAUT; ANA MARISELA
DIAZ SANCHEZ; JOSE ANGEL ANDRADE; FREDY FRANCISCO FUENTES;
OSCAR OSMIN CHAVEZ-DERAS,

Plaintiffs, Appellants,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of
Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MICHAEL J. MCCLEARY, in his official capacity as Field Director
of the United States Citizenship and Immigration Services,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on May 11, 2023, is
amended as follows:

On page 10, line 1, replace "of" with "or"